IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JERRY LEE BRYANT                    CASE NO. 10-02422-EE
       TASHA LEIGH BRYANT               CHAPTER 13

### ORDER GRANTING OBJECTION TO PROOF OF CLAIM #7
### FILED BY HSBC BANK NEVADA, N.A.

THIS MATTER CAME BEFORE THE COURT on the Debtors' Objection to Proof of Claim #7 (Dk#35) and there having been no response filed to this Objection or any appearance by the creditor;

IT IS THEREFORE ORDERED that Proof of Claim #7 filed by HSBC Bank Nevada, N.A. shall be disallowed.

SO ORDERED

*Edward Ellington*
Edward Ellington
United States Bankruptcy Judge
Dated: December 21, 2010

J. Thomas Ash, MSB #1644
Ash Law Firm, PLLC
P.O. Box 13219
Jackson, MS 39236
601-981-5600
ash@jtashlaw.net